**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-cr-120-RLH-CWH |
| v. | ) | |
| | ) | **O R D E R** |
| GEORGE A. ANDERSON, | ) | |
| Defendant. | ) | |

On February 25, 2013, this matter came before the Court for hearing on the Defendant's failure to appear as ordered on January 28, 2013. The Defendant was present with counsel.

The Court has considered the information and evidence offered by the Government and by the Defendant and finds the Defendant poses a risk of non-appearance. Further, the Court finds no conditions or combination of conditions of release would assure his appearance.

IT IS THEREFORE ORDERED pursuant to the provisions of 18 U.S.C. § 3148 that the release order heretofore entered on June 6, 2011 is hereby revoked.

IT IS FURTHER ORDERED that the defendant shall be detained pending trial.

DATED this 25th day of February, 2013.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE