FILED
APR - 8 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. )    2:11-CR-120-RLH-(CWH)
GEORGE E. ANDERSON, )
        Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

On April 8, 2013, defendant GEORGE E. ANDERSON pled guilty to Count One of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds that GEORGE E. ANDERSON shall pay a criminal forfeiture money judgment of $1,456,033.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GEORGE E. ANDERSON a criminal forfeiture money judgment in the amount of $1,456,033.00 in United States Currency.

DATED this __8__ day of __April__, 2013.

_____
UNITED STATES DISTRICT JUDGE