FILED
JUL 25 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-120-RLH-(CWH) |
| GEORGE E. ANDERSON, ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on April 9, 2013, that GEORGE E. ANDERSON shall pay a criminal forfeiture money judgment of $1,456,033 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 120; Plea Agreement, ECF No. 121; Preliminary Order of Forfeiture, ECF No. 122.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GEORGE E. ANDERSON a criminal forfeiture money judgment in the amount of $1,456,033 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 25 day of July 2013.

_____
UNITED STATES DISTRICT JUDGE