UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                  2:11-cr-120-RLH-CWH

**ORDER**

GEORGE E. ANDERSON,

        Defendant.

    Based upon the pending motion of the United States in the above-captioned matter, and good cause appearing,

    **IT IS ORDERED** that the attorney-client privilege in 2:11-cr-120-RLH, shall be deemed waived, and that defense counsel JAMES HARTSELL, ESQ., shall, within 30 days of this order, provide the United States with an affidavit or declaration containing all materials, information, and responses relating to any and all matters put at issue in the defendant's motion under 28 U.S.C. § 2255 (CR 164).

    DATED this 16th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE